UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| DAISCIA N. REDMAN, | Case No. 3:25-cv-00351 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | |
| Defendants. | |

**ORDER GRANTING PRISONER *IN FORMA PAUPERIS* STATUS AND ORDERING THE COLLECTION OF THE FULL FILING FEE**

This action is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3), motion for extension of time to file an inmate account certificate (Doc. 5), and motion for court intervention and demand of required documents (Doc. 9). For the reasons that follow, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) is **GRANTED** and her motions for an extension of time and for court intervention (Doc. 5, 9) are **DENIED as moot**.

Plaintiff's application and trust fund account statement reveal that she has insufficient funds in her prison account to pay the full filing fee. After consideration by this Court of the Plaintiff's affidavit of indigence only, without regard to the merits of this case, Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a). Because Plaintiff has now provided a financial

certificate, her motions seeking an extension of time and motion for court intervention (Doc. 5, 9)—both relating to the financial certificate—are **DENIED as moot.**

In accordance with section 804(a)(3) of the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(b)(1), Plaintiff must pay an initial partial filing fee of 20 percent of the greater of the average monthly deposits to her prison account or the average monthly balance in her account for the six month period immediately preceding the filing of the Complaint. After payment of the initial partial filing fee, Plaintiff is further required to make monthly payments of 20 percent of the preceding month's income credited to her prison account until she pays the full amount of the filing fee. 28 U.S.C. § 1915(b)(2).

Pursuant to 28 U.S.C. § 1915(b)(1), the custodian of Plaintiff's inmate trust fund account at the institution where she now resides is directed to calculate, as an initial partial payment, twenty percent (20%) of the greater of:

(a) the average monthly deposits to the inmate trust account; or

(b) the average monthly balance in the inmate trust account, for the six (6) months immediately preceding October 17, 2025.

The custodian is **ORDERED** to complete and to submit to the Clerk of Court in Dayton, Ohio the attached form showing the calculation of the initial partial filing fee. The custodian is further **ORDERED** to forward from Plaintiff's prison account to the Clerk of Court located in Dayton, Ohio the initial partial filing fee, as funds become available in Plaintiff's account until the initial filing fee is paid. Even if the account is under ten dollars ($10.00), the custodian must still forward payments to the Clerk of Court to pay the initial filing fee.

After full payment of the initial partial filing fee, the custodian shall forward to the Clerk of Court located in Dayton, Ohio monthly payments of twenty percent (20%) of Plaintiff's preceding monthly income credited to her prison account, but only when the amount in the account exceeds ten dollars ($10.00), until the full fee of three hundred and fifty dollars ($350.00) has been paid to the Clerk of the Court.  28 U.S.C. § 1915(b)(2).

*The prisoner's name and case number **must** be noted on each remittance.*

Checks are to be made payable to:  **Clerk, U.S. District Court**.

Checks are to be sent to:

> **Prisoner Accounts Receivable**
> **121 U.S. Courthouse**
> **85 Marconi Boulevard**
> **Columbus, Ohio 43215**

The Clerk of Court is **DIRECTED** to send a copy of this Order to the institutional cashier.

**IT IS SO ORDERED.**


January 7, 2026                                    */s/ Caroline H. Gentry*
                                                   CAROLINE H. GENTRY
                                                   United States Magistrate Judge

## CALCULATION OF INITIAL PARTIAL FILING FEE

Prisoner's name _____

Case no.

Average Monthly Balance $
    (For six month period preceding filing of complaint or notice of appeal)

Average Monthly Deposits $
    (For six month period preceding filing of complaint or notice of appeal)

Initial Partial Filing Fee $
    (the greater of the average monthly deposits or the average monthly balance x .20)

_____    _____
Date    Signature of Authorized Officer