**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DAISCIA N. REDMAN, | : | Case No. 3:25-cv-00351 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CHRIS CASE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

**ORDER**

---

This matter is before the Court on its own review of the docket. In the interest of maintaining a clear record, the Court **ORDERS** as follows:

The **Clerk of Court** is **DIRECTED** to add the two additional defendants named in Plaintiff's first Supplemental Complaint to the docket. (*See* Doc. No. 7 at PageID 36 [Defendants Gilbert and Allen].) The Court has permitted the claims against these individuals to proceed. (*See* Order and Report and Recommendation, Doc. No. 14 at PageID 71-72, 74.)

The Clerk shall terminate from the docket Defendants Ohio Department of Rehabilitation and Corrections and Tamara McLoyd, as the Court dismissed Plaintiff's claims against these defendants on February 3, 2026. (*See* Doc. No. 24 at PageID 166, 169.)

The Clerk shall modify the name of Defendant Chris Cise on the docket to Chris Case, as requested in Plaintiff's first Supplemental Complaint. (Doc. No. 7 at PageID 36.)

The parties shall use the caption set forth above for future filings until further order of the Court. The Clerk is **DIRECTED** to list Defendant Case as the lead defendant and to modify the short title of the case to *Redman v. Case, et al*.

**IT IS SO ORDERED.**

_/s/ Caroline H. Gentry_
Caroline H. Gentry
United States Magistrate Judge