**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DAISCIA N. REDMAN, | : | Case No. 3:25-cv-00351 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CHRIS CASE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**SECOND ORDER CONCERNING SUMMONS FORMS**

On January 7, 2026, the undersigned Magistrate Judge ordered Plaintiff Daiscia

Redman to submit service forms so that certain Defendants could be served with process

and the case could move forward. (Order and Report and Recommendation, Doc. No.

14.) The undersigned explained:

> Plaintiff may proceed with the development of her First Amendment
> retaliation and Eighth Amendment failure-to-protect claims against
> Defendants Case, Nixon, Gaddis, Shonks, Adleta, Allen, and Gilbert.
> However, Plaintiff has failed to provide completed summons and U.S.
> Marshal forms for service on these Defendants. It is therefore **ORDERED**
> that Plaintiff, **within forty-five (45) days** of the date of this Order, submit
> completed summons and U.S. Marshal forms for Defendants Case, Nixon,
> Gaddis, Shonks, Adleta, Allen, and Gilbert. Once the Court receives the
> requested forms from Plaintiff, the Court will order service of process by
> the United States Marshal. **Plaintiff is ADVISED that failure to comply**
> **with this Order will result in the dismissal of this action for want of**
> **prosecution.**

(Doc. No. 14 at PageID 74 [emphasis in original].) On January 29, 2026, the Court received

U.S. Marshal forms for these seven Defendants. (Doc. No. 22.) However, the Court has not

received completed summons forms for them. All the service forms were due on February 23, 2026.

This case cannot proceed any further unless Defendants are served with process. That cannot occur until Plaintiff provides the required service forms. Accordingly, Plaintiff is again **ORDERED** to "submit completed summons … forms for Defendants Case, Nixon, Gaddis, Shonks, Adleta, Allen, and Gilbert." (Doc. No. 14 at PageID 74.) Plaintiff shall submit these forms by **April 17, 2026**. If she fails to submit them by that date and does not otherwise respond to this Order, the undersigned may recommend that the Court dismiss her case for failure to prosecute.

The Clerk of Court is again **DIRECTED** to provide Plaintiff with seven blank summons forms for her use.

Plaintiff is also **REMINDED** that she must keep the Court informed of her current mailing address.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge