# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| DAISCIA N. REDMAN, | : | Case No. 3:25-cv-00351 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CHRIS CASE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## ORDER

---

The Clerk of Court is **DIRECTED** to send Plaintiff seven blank summons forms along with this Order. Plaintiff is **ORDERED** to complete the forms and return them **within thirty (30) days** from the date of this Order. No further delay will be permitted unless extraordinary circumstances arise. Plaintiff is **WARNED** that failure to return fully completed summons forms may result in dismissal of some or all of the case.

The Clerk is further **DIRECTED** to send Plaintiff a copy of the Court's Pro Se Handbook.

**IT IS SO ORDERED.**

> */s/ Caroline H. Gentry*
> Caroline H. Gentry
> United States Magistrate Judge