**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DAISCIA N. REDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS CASE, *et al*.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:25-cv-00351<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

# ORDER

This civil rights case is before the Court on its own review of the docket. On June 29, 2026, the undersigned Magistrate Judge directed the United States Marshal Service (USMS) to serve Defendants Case, Nixon, Gaddis, Adleta, Shonks, Gilbert, and Allen with process. (Doc. No. 43.) No information has yet been provided to establish whether service was successful.

The undersigned **DIRECTS** the USMS to submit any information it possesses about the success or failure of service on these Defendants to the Clerk of Court, who shall file it on the docket.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge