**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DAISCIA N. REDMAN, | : | Case No. 3:25-cv-00351 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CHRIS CASE, *et al*., | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

The docket of this civil rights case reflects that all Defendants recently filed an Answer (Doc. No. 50) to Plaintiff Redman's First Consolidated Complaint (Doc. No. 28). The case now enters the discovery phase. The Court notes that the case is exempt from the initial disclosure and planning conference requirements set by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv); S.D. Ohio Civ. R. 16.2.

Pursuant to Rule 16(b), the Court **ORDERS** that the case proceed according to the following schedule:

**DISCOVERY** shall be completed no later than **April 20, 2027**.

**DISPOSITIVE MOTIONS** shall be filed no later than **May 31, 2027**.

The Court will not extend these deadlines without a written motion showing good cause and giving specific reasons why the deadlines should be extended. *See* Fed. R. Civ. P. 16(b)(4). The Court will schedule a final pretrial conference and set a date for trial at a later time if necessary.

The Court notes that discovery requests and responses generally should not be filed on the docket. *See* Fed. R. Civ. P. 5(1)(A). Depositions of incarcerated persons may proceed on such terms and conditions as the institution imposes. In addition, the Court expects and requires the parties to cooperate in discovery and work together in good faith to resolve any disputes *before* bringing them to the Court. *See* Fed. R. Civ. P. 37(a)(1); S.D. Ohio Civ. R. 37.1.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge